# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA, :

    Plaintiff, : Case No. 3:15cr0040

vs. : District Judge Walter Herbert Rice
       Chief Magistrate Judge Michael J. Newman

SEAN OLIVER, :

    Defendant. :

---

# ORDER

---

    This matter came before the Court for hearing on December 18, 2015 before United States Magistrate Judge Michael J. Newman, who thereafter issued a Report and Recommendations. (Doc. #32). Having conducted a full colloquy with Defendant Sean Oliver the Magistrate Judge concluded that his plea of guilty is knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilty.

    The Court, noting that no Objections to the Report and Recommendations have been filed and that the time for filing Objections has expired, hereby ADOPTS in full said Report and Recommendations.

    Therefore, based on the aforesaid, and this Court's de novo review of the record and the findings by the United States Magistrate Judge, this Court adopts the findings and recommendations of the United States Magistrate Judge and finds that Defendant Sean

Oliver guilty plea was knowing, intelligent, and voluntary. Final acceptance of Defendant's guilty plea is deferred pending review of the pre-sentence investigation report.

_____
Walter H. Rice
United States District Judge