IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,  :

    Plaintiff,

  v.  :  Case No. 3:15-cr-40

SEAN A. OLIVER,    JUDGE WALTER H. RICE

    Defendant.  :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #42); DISMISSING WITH PREJUDICE MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE OR CORRECT SENTENCE (DOC. #41); OVERRULING DEFENDANT'S MOTIONS REQUESTING THE COURT TO APPOINT COUNSEL, COMPEL PRODUCTION OF DISCOVERY, AND RETURN ALL SEIZED PROPERTY (DOC. ##39, 40); JUDGMENT TO ENTER IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT; DENYING CERTIFICATE OF APPEALABILITY AND LEAVE TO APPEAL *IN FORMA PAUPERIS*; TERMINATION ENTRY

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael R. Merz in his Report and Recommendations (Doc. #42), as well as on a thorough *de novo* review of this Court's docket and the applicable law, the Court ADOPTS said judicial filing in its entirety.  The Court notes that, although Defendant was notified of his right to file Objections to the Report and

Recommendations, and of the consequences of failing to do so, no Objections have been filed within the time allotted.[1]

Defendant also filed a motion requesting that the Court appoint counsel to assist with his § 2255 motion. Doc. #39. This motion is OVERRULED, because he has no right to the assistance of counsel in his § 2255 proceedings. *Wright v. West*, 505 U.S. 277, 293 (1992).

Defendant filed another motion alleging that state and federal law enforcement officials violated numerous state laws and conspired against him. He asks the Court to order the production of all discovery and to return all seized personal property. Doc. # 40. Given that violation of state law is not a viable basis for relief under § 2255, the Court OVERRULES Defendant's motion.

For the reasons set forth in the Report and Recommendations, the Court DISMISSES WITH PREJUDICE the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence, Doc. #41.

Judgment shall be entered in favor of Plaintiff and against Defendant.

Given that Defendant has not made a substantial showing of the denial of a constitutional right and, further, that the Court's decision herein would not be debatable among reasonable jurists, and because any appeal from this Court's decision would be *objectively* frivolous, Defendant is denied a certificate of appealability, and is denied leave to appeal *in forma pauperis*.

---

[1] A document captioned as a motion for an extension of time to file Objections, Doc. #43, was denied by Notation Order of the Magistrate Judge on July 13, 2017, Doc. #44, because the relief requested in the motion did not comport with the caption.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: July 25, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE