# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:15-cr-40 |
| | | Also 3:17-cv-221 |
| Plaintiff, | : | |
| - vs - | : | District Judge Walter Herbert Rice |
| | | Magistrate Judge Michael R. Merz |
| | : | |
| SEAN OLIVER, | | |
| | : | |
| Defendant. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 47), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Defendant's Second Request for Extension of Time (ECF No. 46) be DENIED.

August 31, 2017.

Walter Herbert Rice
United States District Judge