IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, :
    Plaintiff,
v. : Case No. 3:15-cr-40
SEAN A. OLIVER, : JUDGE WALTER H. RICE
    Defendant. :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS ON INTERVENOR'S POST-JUDGMENT OBJECTIONS (DOC. #50); CASE TO REMAIN TERMINATED ON DOCKET

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael R. Merz in his October 13, 2017, Report and Recommendations on Intervenor's Post-Judgment Objections, Doc. #50, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety, and OVERRULES the alleged Intervenor Alfred Lee Mauldin's belated Objections, Doc. #49, to an earlier Report and Recommendations, Doc. #42.[1]

The Court notes that, although the parties were notified of their right to file Objections to the October 13, 2017, Report and Recommendations, and of the

---

[1] As Magistrate Judge Merz pointed out, Mr. Mauldin has not been granted permission to intervene in this case.

consequences of failing to do so, no Objections have been filed within the time allotted.

The above-captioned case shall remain terminated on the Court's docket.

Date: November 27, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE